Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRESITA T. BOYLE, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>CACV OF COLORADO LLC; ROBERT J. COLCLOUGH, III, an individual; DARIN BINNARD, an individual,<br><br>             Defendant(s).<br>_____/ | No. CV 08-2446 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 16, 2008            /s/
                               Irving L. Berg, Esq.
                               THE BERG LAW GROUP
                               145 Town Center, PMB 493
                               Corte Madera, CA  94925
                               (415) 924-0742
                               Fax: (415) 891-8208

                               Counsel for Plaintiff.