Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRESITA T. BOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CACV OF COLORADO LLC; ROBERT J. COLCLOUGH, III, an individual; DARIN BINNARD, an individual,<br><br>Defendant. | Case No.: CV 08-2446 EMC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

TO THE PARTIES PLEASE TAKE NOTICE:

Pursuant to FRCP 41 (a)(1)(i), Plaintiff dismisses the herein lawsuit without prejudice as to herself and the putative class.

Dated: July 7, 2008                          /s/

Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

ATTORNEY FOR PLAINTIFF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28